# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

EARL CALVIN HANDFIELD, II,

        Petitioner

        v.

WILLIAM E. HOWELL, III, ESQ. DAVID N. VAN DER GOES PHD ALBU QUANT, LLC,

        Respondents

: No. 292 MAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of November, 2020, the Petition for Allowance of Appeal is **DENIED.**  The Application for *Nunc Pro Tunc* Relief is **DISMISSED AS MOOT.**